UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE OVANDO,<br>   Plaintiff,<br> v.<br>COSTCO WHOLESALE CORPORATION,<br>   Defendant. | Case No. 4:20-cv-01295-KAW<br><br>ORDER OF RECUSAL |

TO ALL PARTIES AND COUNSEL OF RECORD:

The court, on its own motion, recuses itself from any and all further proceedings in this matter.

All pending dates are hereby vacated and will be reset by the newly assigned judge.

IT IS SO ORDERED.

Dated: February 24, 2020

*Kandis Westmore*
KANDIS A. WESTMORE
United States Magistrate Judge